UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRITTANY WRIGHT,

                    Plaintiff,               26-cv-0611 (JGK)

        - against -                          ORDER

LITTLE SPOON, INC.,

                    Defendant.

JOHN G. KOELTL, District Judge:

        The parties are directed to submit a 26(f) report by **April 20, 2026.**


SO ORDERED.
Dated:    New York, New York
          April 6, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge